UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Juan Perez                              Case No:  17-20742
                                                Chapter: 7
                                                Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles A. Stanziale, the Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street, Newark, NJ 07102

If an objection if filed, a hearing will be held before the Honorable Stacey L. Meisel on August 8, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A.  If no objection is filed, the abandonment shall take effect on the entry by the Clerk of a Certification of No Objection

Description and value of Property
The Debtor own real property located at 116 Stelling Avenue, Maywood, NJ.  The Property has a fair market value of $351,000.

Liens of Property:
SPS: $325,500.42

Amount of equity claimed as exempt:
Full exemptions

Objections must be served on, and requests for additional information directed to:

NAME:  Charles A. Stanziale, Esq.
ADDRESS:  Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102
TELEPHONE NO: (973) 622-4444

ME1 12161197v.1

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                              Case No. 17-20742-SLM
Juan C Perez                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 07, 2017
                              Form ID: pdf905          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.

```
db              Juan C Perez,    116 Stelling Ave,    Maywood, NJ 07607-2127
516847323       Accu Reference Medical Lab,    1901 E Linden Ave Unit 4,    Linden, NJ 07036-1195
516847324       American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
516847327       Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
516847329       Chase Auto Finance,    PO Box 9010076,    Ft Worth, TX 76101-2003
516847330      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
516847331       Comenity Capital Bank/Paypal Credit,    PO Box 5138,    Timonium, MD 21094-5138
516847332       Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
516847334       Dental Excellence Group,    70 Washington Ave,    Dumont, NJ 07628-3637
516847337       Diversified Consultants,    PO Box 1117,    Charlotte, NC 28201-1117
516847338       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
516847339       GC Servicing Limited Partnership,    6330 Gulfton St,    Houston, TX 77081-1108
516847341       LMG Medical Group, LLC,    136 N Washington Ave Ste 201,    Bergenfield, NJ 07621-1776
516847340       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516847342       Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
516847343       Maria V. Gonzalez,    116 Stelling Ave,    Maywood, NJ 07607-2127
516847345       Midland Credit Management, Inc.,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
516847347       NJ Higher Education,    PO Box 548,    Trenton, NJ 08625-0548
516847348       Phelan, Halinan, Diamond & Jones,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516847349       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516847351       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516847352       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516847353       Sunrise Medical Laboratories,    PO Box 9070,    Hicksville, NY 11802-9070
516847355       TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
516847356       Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2017 23:30:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2017 23:30:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516847326       E-mail/Text: g20956@att.com Jul 07 2017 23:30:33      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
516847325       E-mail/Text: bkrpt@retrievalmasters.com Jul 07 2017 23:30:17
                 American Medical Collection Agency,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
516847328       E-mail/Text: bkr@cardworks.com Jul 07 2017 23:29:58      Carson Smithfield, LLC,
                 225 W Station Square Dr,    Pittsburgh, PA 15219-1174
516847333       E-mail/PDF: creditonebknotifications@resurgent.com Jul 07 2017 23:21:36      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516847335       E-mail/Text: mrdiscen@discover.com Jul 07 2017 23:30:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
516847336       E-mail/Text: bankruptcy.bnc@ditech.com Jul 07 2017 23:30:09      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516847344       E-mail/Text: bkr@cardworks.com Jul 07 2017 23:29:58      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516847346       E-mail/Text: electronicbkydocs@nelnet.net Jul 07 2017 23:30:20      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
516847354       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:28      SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
516847350       E-mail/Text: bankruptcy@sw-credit.com Jul 07 2017 23:30:19      Southwest Credit  Systems,
                 4120 International Pkwy # 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Jul 07, 2017
                              Form ID: pdf905             Total Noticed: 37
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Cassandra C. Norgaard    on behalf of Debtor Juan C Perez cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt- A Securities, Inc. Mortgage Pass Through Certificates Series 2006-AR1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```