**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Juan C Perez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2153<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20742–SLM | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Juan C Perez

8/25/17

**By the court:**   Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
        District of New Jersey
```

In re:                                                        Case No. 17-20742-SLM
Juan C Perez                                                  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 25, 2017
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db              Juan C Perez,    116 Stelling Ave,    Maywood, NJ 07607-2127
516847323       Accu Reference Medical Lab,     1901 E Linden Ave Unit 4,    Linden, NJ 07036-1195
516847324       American Coradius International LLC,     2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
516847329       Chase Auto Finance,    PO Box 9010076,    Ft Worth, TX 76101-2003
516847330      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
516847331       Comenity Capital Bank/Paypal Credit,     PO Box 5138,   Timonium, MD 21094-5138
516847332       Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
516847334       Dental Excellence Group,    70 Washington Ave,    Dumont, NJ 07628-3637
516847337       Diversified Consultants,    PO Box 1117,    Charlotte, NC 28201-1117
516847338       EOS CCA,   PO Box 981002,    Boston, MA 02298-1002
516847339       GC Servicing Limited Partnership,     6330 Gulfton St,   Houston, TX 77081-1108
516847341       LMG Medical Group, LLC,    136 N Washington Ave Ste 201,     Bergenfield, NJ 07621-1776
516847340       Laboratory Corporation of America,     PO Box 2240,   Burlington, NC 27216-2240
516847343       Maria V. Gonzalez,    116 Stelling Ave,    Maywood, NJ 07607-2127
516847347       NJ Higher Education,    PO Box 548,    Trenton, NJ 08625-0548
516847348       Phelan, Halinan, Diamond & Jones,     400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516847349       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516847351       Specialized Loan Services,    8742 Lucent Blvd Ste 300,     Highlands Ranch, CO 80129-2386
516847352       Sunrise Credit Services, Inc.,     PO Box 9100,   Farmingdale, NY 11735-9100
516847353       Sunrise Medical Laboratories,    PO Box 9070,    Hicksville, NY 11802-9070
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 22:29:33      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 22:29:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516847326       EDI: CINGMIDLAND.COM Aug 25 2017 22:28:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
516847325       EDI: RMCB.COM Aug 25 2017 22:28:00      American Medical Collection Agency,
                 4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
516847327       EDI: CAPITALONE.COM Aug 25 2017 22:28:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516847328       EDI: MERRICKBANK.COM Aug 25 2017 22:28:00      Carson Smithfield, LLC,    225 W Station Square Dr,
                 Pittsburgh, PA 15219-1174
516847333       EDI: RCSFNBMARIN.COM Aug 25 2017 22:28:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516847335       EDI: DISCOVER.COM Aug 25 2017 22:28:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
516847336       E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 22:29:27      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516847342       EDI: TSYS2.COM Aug 25 2017 22:28:00      Macy's/DSNB,    PO Box 8218,   Mason, OH 45040-8218
516847344       EDI: MERRICKBANK.COM Aug 25 2017 22:28:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516847345       EDI: MID8.COM Aug 25 2017 22:28:00      Midland Credit Management, Inc.,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
516847346       E-mail/Text: electronicbkydocs@nelnet.net Aug 25 2017 22:29:33      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
516847354       EDI: RMSC.COM Aug 25 2017 22:28:00      SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
516847350       EDI: SWCR.COM Aug 25 2017 22:28:00      Southwest Credit Systems,
                 4120 International Pkwy # 1100,    Carrollton, TX 75007-1958
516847355       EDI: WTRRNBANK.COM Aug 25 2017 22:28:00      TD Bank USA/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
516847356       EDI: VERIZONEAST.COM Aug 25 2017 22:28:00      Verizon,    500 Technology Dr Ste 300,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Aug 25, 2017
                               Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Cassandra C. Norgaard    on behalf of Debtor Juan C Perez cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt- A Securities, Inc. Mortgage Pass Through Certificates Series 2006-AR1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```